
FEB 16 2021
Clerk, U.S. District Court
Eastern District of Tennessee
at Chattanooga

Kate Farmer

Plaintiff,

v.

City of Chattanooga, et al.

Defendant.

Case No. 1:21-cv-0022-Chattanooga

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☐ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

☐ **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☑ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/16/21

E. Logan Davis
(Signature–hand signed)

Name: Edith Logan Davis
Firm: Davis & Hoss, P.C.
Address: 850 Fort Wood St, Chattanooga, TN, 37403

Email address: logan@davis-hoss.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.